IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JT'S FRAMES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br>v.<br><br>JESSE CASARES, JOE CASARES, PATRICIA BEZABALETA a/k/a PATRICIA ZABELETA, DAVID A. OZUNA, JOHN MEDINA and JOHN DOES 1-10,<br><br>    Defendants. | Civil Action No.: 1:16-cv-2504<br><br>**CLASS ACTION**<br><br>Hon. Robert M. Dow, Jr.<br><br>Magistrate Hon. Jeffery T. Gilbert |

**PLAINTIFF'S MOTION AND MEMORANDUM OF LAW
IN SUPPORT FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
TO ADD ADDITIONAL PARTY DEFENDANTS**

Plaintiff JT'S FRAMES, INC. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 15(a)(2), seeks leave to file its Second Amended Class Action Complaint against Defendants, JESSE CASARES, JOE CASARES, PATRICIA BEZABALETA a/k/a PATRICIA ZABELETA, DAVID A. OZUNA, JOHN MEDINA and JOHN DOES 1-10 and to add MARKETECH CORP., a Texas corporation d/b/a INTERFAX.NET, 7915 WESTGLEN LLC, a Texas limited liability company, AVIGDOR TESSLER, JAY M. KAMENETSKY, and ORIE RECHTMAN as additional defendants. In support of this motion, Plaintiff states the following.

**BACKGROUND**

1. Plaintiff's original Class Action Complaint was filed on February 23, 2016. (Doc. 1). In it, Plaintiff alleges that Defendants sent it an unsolicited fax advertisement (the "Fax") between September 20, 2015 and October 6, 2015 in violation of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, *et seq*. ("TCPA" or "Act"). (Doc. 1, ¶ 12).

1

2. Defendant PATRICIA BEZABALETA a/k/a PATRICIA ZABELETA ("Zabeleta") filed an answer, but no appearance, on March 16, 2016. (Doc. 11). To date, Defendants JESSE CASARES and JOE CASARES have not appeared or otherwise answered.

3. On October 5, 2016, Plaintiff filed its First Amended Complaint with leave of Court adding DAVID A. OZUNA and JOHN MEDINA as defendants. (Docs. 28 & 29). To date, no Defendants have answered Plaintiff's First Amended Complaint.

4. Plaintiff has since discovered that MARKETECH CORP., a Texas corporation d/b/a INTERFAX.NET ("Marketech") and 7915 WESTGLEN LLC ("Westglen") are the fax broadcasters that sent the Fax at issue here. Plaintiff has also discovered that AVIGDOR TESSLER ("Tessler"), JAY M. KAMENETSKY ("Kamenetsky"), and ORIE RECHTMAN ("Rechtman") are officers, directors and control persons of both Marketech and Westglen.

5. Plaintiff is informed and believes that Marketech and Westglen had a high degree of involvement in transmitting the Fax to Plaintiff. Plaintiff is also informed and believes that Tessler, Kamenetsky, and Rechtman are all responsible for transmitting the Fax. Accordingly, Plaintiff seeks to file his Second Amended Class Action Complaint ("SAC") to include the above referenced as party defendants. A copy of the SAC is attached as Exhibit 1.

## ARGUMENT

6. Federal Rule 15(a)(2) provides that a party may amend its pleading at any time by leave of court. Fed. R. Civ. P. 15(a)(2). In the absence of reasons such as undue delay, bad faith, futility, undue prejudice to the opposing party, and the absence of due diligence on the movant's part, the leave sought should, as the rule requires, be freely given. *Foman v.* Davis, 371 U.S. 178, 182 (1962); *In re: First Farmers Financial Litigation*, 2016 WL 212936, at *2 (N.D. Ill. Jan. 19, 2016).

7. Here, none of the Defendants have answered the First Amended Complaint and Defendant Zabeleta is the only Defendant to file anything at all. Instead of seeking an order of default, Plaintiff would rather add Marketech, Westglen, Tessler, Kamenetsky, and Rechtman as party defendants and serve them with the SAC. Plaintiff believes that this the most efficient way to proceed in this case and the least prejudicial to the current Defendants. The SAC is based on the same fax transmission and, like the original Complaint, asserts a claim for violation of the TCPA.

8. Plaintiff submits that Marketech and Westglen are necessary party defendants due to their high degree of involvement in the creation of the Fax and the determination of its recipients. *See,* 47 C.F.R. § 64.1200(a)(vii). Plaintiff submits that Tessler, Kamenetsky, and Rechtman are necessary party defendants based upon their involvement in transmitting and creating the Fax. It is well established that individuals acting on behalf of a corporation may be held personally liable for violations of the TCPA if they "had direct, personal participation in or personally authorized the conduct found to have violated the statute." *Texas v. American Blastfax, Inc.,* 164 F. Supp. 2d 892, 898 (W.D. Tex. 2001); *Sandusky Wellness Center, LLC v. Wagner Wellness, Inc.*, 2014 WL 1333472, at *3 (N.D. Ohio Mar. 28, 2014); *City Select Auto Sales, Inc. v. David Randall Associates, Inc*., 2014 WL 4755487, at *9 (D. N.J. Sept. 24, 2014).

9. Adding parties to the SAC that are responsible for the alleged TCPA violation does not prejudice Defendants. Nor does it unduly delay these proceedings. Rather, Plaintiff submits adding these party defendants is the most fair and judicial way in which bring the parties responsible for sending the unsolicited fax advertisement in court and respond to the allegations.

**CONCLUSION**

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant it leave to file its Second Amended Class Action Complaint and to add MARKETECH CORP., a Texas corporation d/b/a INTERFAX.NET, 7915 WESTGLEN LLC, a Texas limited liability company, AVIGDOR TESSLER, JAY M. KAMENETSKY, and ORIE RECHTMAN as party defendants, with summons to issue.

    Respectfully submitted,

    JT'S FRAMES, INC., individually and as the representative of a class of similarly-situated persons,

    By: s/ Ross M. Good
        Ross M. Good

    Brian J. Wanca
    Ryan M. Kelly
    Ross M. Good
    **ANDERSON + WANCA**
    3701 Algonquin Road, Suite 500
    Rolling Meadows, IL 60008
    Telephone: 847-368-1500
    Fax: 847-368-1501
    bwanca@andersonwanca.com
    rkelly@andersonwanca.com
    rgood@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I certify that on January 30, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which I will send notification to all counsel of record and a copy will be mailed to:

Jesse Casares, Joe Casares, Patricia Bezabaleta
10900 Northwest Freeway,
Suites 218 & 219
Houston, TX 77092

s/ Ross M. Good