**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

JT's Frames, Inc.
Plaintiff,
v.
Jesse Casares, et al.
Defendant.

Case No.: 1:16−cv−02504
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 1, 2017:

MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing and motion hearing held. Defendants failed to appear. Plaintiff's motion for leave to file second amended complaint to add additional party defendants [35] is granted. A further status hearing is set for 3/21/2017 at 9:00 a.m. Notice of motion date of 2/2/2017 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.