# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JT'S FRAMES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>                Plaintiff,<br>v.<br><br>JESSE CASARES, JOE CASARES, PATRICIA BEZABALETA a/k/a PATRICIA ZABELETA, DAVID A. OZUNA, JOHN MEDINA, MARKETECH, a Texas corporation d/b/a INTERFAX.NET and 7915 WESTGLEN LLC, AVIGDOR TESSLER, JAY M. KAMENETSKY, ORIE RECHTMAN and JOHN DOES 1-10,<br><br>                Defendants. | Civil Action No.: 1:16-cv-02504<br><br>Hon. Robert M. Dow, Jr. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 21, 2017 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert M. Dow, Jr. or any Judge sitting in his stead, in Courtroom 1919 of the U.S. District Court, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present ***Plaintiff's Second Amended "Damasco" Motion for Class Certification.***

                                                    s/ Ross M. Good
                                                    Ross M. Good

Brian J. Wanca
Ross M. Good
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847/368-1500

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record, and a copy will be mailed to:

    Jesse Casares, Joe Casares, Patricia Bezabaleta
    10900 Northwest Freeway,
    Suites 218 & 219
    Houston, TX 77092

                                                    s/ Ross M. Good


Brian J. Wanca
Ross M. Good
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847/368-1500